UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Danielle Bellocco,

            Plaintiff,

-v-

Target Stores, Inc.,

            Defendant.

No. 08 Civ. 8891 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the February 20, 2009 conference with the Court, the following schedule was hereby adopted:

> The Court will refer this case to the Southern District's mediation program forthwith, with the expectation that Plaintiff will informally provide certain discovery prior to the mediation.
>
> No later than April 21, 2009, the parties shall submit a joint letter advising the Court of the status of the mediation and this action, as well as a new proposed case management plan should the mediation have been unsuccessful.

SO ORDERED.

DATED:    February 20, 2009
                 New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE