UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09
```

DANIELLE BELLOCCO,

                Plaintiff,

-v-

TARGET STORES, INC.,

                Defendant.

No. 08 Civ. 8891 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court issued an Order dated February 20, 2009, indicating the parties would be referred to the Southern District's Mediation Program, and directing the parties to submit, no later than April 21, 2009, a joint letter advising the Court of the status of the mediation in this action as well as a proposed case management plan in the event the mediation proved unsuccessful.

    The Court is in receipt of the parties' joint letter, dated April 21, 2009 and styled on ECF as a "Motion for Extension of Time." The letter neither requests an extension of time, nor updates the Court as to the status of the mediation, if any, in this action. The parties have also failed to comply with the February 20 Order in that no proposed case management plan was submitted.

    Accordingly, IT IS HEREBY ORDERED that, no later than April 27, 2009, the parties shall submit to the Court a joint letter that complies with the Court's February 20 Order.

    The Clerk of the Court is respectfully directed to terminate Document No. 14, as it is a letter

incorrectly docketed as a motion.

SO ORDERED.

DATED: April 21, 2009
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE